IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2011

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 11-cv-02318-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ROBERT LAWRENCE CROSS,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
NICHOLAS STASI, Durango Police Dept.,
DUKE SCHIRARD, La Plata County Sheriff,
SHERIFF DEPUTIES, La Plata County Jail,
TODD RISBERG, #24763 District Attorney's Office,
REID STEWART, #37729 District Attorney's Office,
LA PLATA COUNTY SIXTH JUDICIAL DISTRICT,
JEFFERY WILSON, District Court Judge,
LA PLATA COUNTY DISTRICT COURT,
JERRY LITTLE, Pre-Trial Services,
ALTERNATIVE TO INCARCERATION,
HILLTOP HOUSE SOUTHWESTERN COMMUNITY CORRECTIONS CENTER, and
ANY AND ALL OTHER KNOWN AND UNKNOWN PARTIES IN THE MATTER OF
    CAUSE NO. 10CR508,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted documents titled "Qui Tam Action Complaint and Information" and "Contents." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1) <u>xx</u> is not submitted
(2) ___ is missing affidavit
(3) <u>xx</u> is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) <u>xx</u> other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(11) <u>xx</u> is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915

Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 12, 2011, at Denver, Colorado.

                               BY THE COURT:

                               s/ Boyd N. Boland
                               United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02318-BNB

Robert Lawrence Cross
La Plata County Jail
742 Turner Dr
Durango, CO 81303

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk