**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02318-BNB

ROBERT LAWRENCE CROSS,

    Plaintiffs,

v.

THE PEOPLE OF THE STATE OF COLORADO,
NICHOLAS STASI, Durango Police Dept.,
DUKE SCHIRARD, La Plata County Sheriff,
SHERIFF DEPUTIES, La Plata County Jail,
TODD RISBERG, #24763, District Attorney's Office,
REID STEWART, #37729, District Attorney's Office,
LA PLATA COUNTY SIXTH JUDICIAL DISTRICT,
JEFFERY WILSON, District Court Judge
LA PLATA COUNTY DISTRICT COURT,
JERRY LITTLE, Pre-Trial Services,
ALTERNATIVES TO INCARCERATION,
HILLTOP HOUSE SOUTHWESTERN COMMUNITY CORRECTIONS CENTER, and
ANY AND ALL OTHER KNOWN AND UNKNOWN PARTIES IN THE MATTER OF
    CAUSE NO. 10CR508,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Petition to Appoint Advisory Counsel" (Doc. #8) filed on October 24, 2011, is construed as a motion for appointment of counsel and is DENIED as premature.  Plaintiff's "Petition for Court Order" (Doc. #9) filed on October 24, 2011, in which Plaintiff requests a court order directing jail officials to allow Plaintiff to receive legal books and writing paper from state-appointed advisory counsel, is DENIED. Plaintiff's "Petition to Merge Inferior Tribunal Case No. 11CR98 Within Superior Court Civil Action No. 11-cv-02318-BNB" (Doc. #10) filed on October 24, 2011, is DENIED.

Dated:  October 25, 2011